

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT ~~~~~~
### SOUTHERN DI

Case:2:16-cv-10111
Judge: Hood, Denise Page
MJ: Grand, David R.
Filed: 01-13-2016 At 03:03 PM
REM ALEXANDER V. FORTY EIGHTH DISTRICT COURT (DA)

MICHAEL IDRIS ALEXANDER

Plaintiff(s),

v.

FORTY EIGHTH  DISTRICT COURT,
For The City of Sylvan Lake

Defendant.

**State District Court Cases:**
**15SL00643A**
**15SL00643B**

**NOTICE OF REMOVAL OF
ACTION UNDER 28 U.S.C. §
1443(1), § 1455(a)
(FEDERAL QUESTION)**

**Date Action filed:  Jan. 13, 2016**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE**,  that Pursuant to 28 U.S.C. § 1443(1), and § 1455(a)  Michael idris Alexander , In Propria Persona and files this Notice of  Removal of this criminal Prosecution from the 48th  District Court For The City of  Sylvan  Lake, Michigan [SYLVAN LAKE TOWNSHIP v ALEXANDER] ; Case NO. **15SL00643A, 15SL00643B** to the United States District Court for the Eastern District of Michigan.

## NOTICE OF REMOVAL TO UNITED STATES FEDERAL COURT

**NOW COMES,** Plaintiff  Michael  In Propria Persona and without the benefit of Counsel and moves to file this timely "**NOTICE OF REMOVAL**" against   said Defendant(s) above named. In support of this Notice of Removal, Plaintiff states as follows:

### I. JURISDICTION AND VENUE

1. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 AND §1367. Further, this matter is one that may be removed to this Court pursuant to 28 U.S.C. § 1443(1) because it is a criminal case that is between citizens and entities of same state and in which the issues at hand are racial equality, double jeopardy, cruel and unusual punishment and denial of

MCL 28.428 sec (9)(10), which exempts Plaintiff from criminal liability and cannot enforce rights which are all protected and guaranteed by federal law.

2. Venue is appropriate in this judicial district under 28 U.S.C. §1391(b) because the events that gave rise to this Complaint occurred in this District.

## II. PARTIES

3.      **Plaintiff.**   Plaintiff is a Natural person.  Plaintiff, Michael Idris Alexander, is a   Private Citizen in the United States, residing in Oakland.

4.      **Defendant.** "**FORTY EIGHTH DISTRICT COURT**" is a State Court Entity  for the City of  Sylvan  Lake in the County of Oakland.  Thus, Defendant is public citizen of Michigan and located in the territorial state as Plaintiffs.

## III. OTHER ISSUES

5.      This Notice of Removal is timely filed.  See 28 U.S.C. § 1446(b).

6.      A copy of ALL State Pleadings and /or Complaint(s) has been attached as Exhibit A.

7.      This Notice of Removal has been served on Defendant.  A Notice of Filing of Notice of Removal to Federal Court will be filed in the 48 District Court for the City of Sylvan Lake, Michigan as soon as this Notice of Removal has been filed this Court. (See Exhibit B).

## IV. CASE BACKGROUND

On or about June 25, 2015, Robert Alonzi was dispatch to an alleged disturbance at Case Lake/ Beech . With information that 14 black individuals where surrounding a white female. Upon Arrival, Dash cam reveals allege victim was not surrounded .And by standers was simply having peacefully conversation to an alleged board member about residency status to be at said property. Officer alonzi then became very egregious and began giving unwarranted commands demanding black group to leave. Upon disbursement, officer Alonzi unlawfully detained Nigel Crymes for

no legal bases stating "you been drinking" even though Mr. Crymes had a empty ever fresh lemonade in hand and not alcohol. Next of friend Dawan Thurmond then protest and challenged the constitutionally of the detention by asking officer alonzi "what is you reasonable suspicious for detention". Michael Alexander then ask for Officer for name and information. Officer Alonzi then Officer refused by stating "Get out of here before it be on your booking sheet". Mr. Thurmond then left to escort group back to vehicles. Mr. Thurmond then returned to provide name and information to document discrimination of civil rights and violation of fair housing act because the group was permitted on property by residency guess status. Shortly thereafter, the group made a stop at gas station because next of friend "Austin" blood sugar was to low and was going in to diabetic shock. Upon departure, the group was block off by multiple police vehicles and Police agencies at gun point. Officer Alonzi then stated "This is the same group from the lake". Officer Alonzi then became very disorderly and hostile while making derogatory statements towards group. Post that investigation it was again determine no crime was committed and the group was free to leave. Officer Alonzi conduct and demeanor at minimum was unprofessional, outrageous, reckless and regard of public safety. As a result of that transaction Plaintiff later received two  tickets after Sylvan Lake Police Department release Firearm back to Plaintiff.

## V. FOUNDATION AND SPECIFIC VIOLATION FOR REMOVAL

9. Plaintiff believes she was and continues being treated indifferently because of race and predicts Plaintiff cannot enforce and receive a fair trial.

10. Complaint was filed improper and in bad faith, therefore for is invalid and null in void.

## VI. PLAINTIFF FEDERAL RIGHTS VIOLATED

12. The Following rights of plaintiff were violated by defendant;

- 3 -

(a) Civil Rights act of 1964 sec 202; 203- Discrimination based on race.
(b) Fifth Amendment of the U.S Constitution- Double Jeopardy.
(c) Forth amendment of the U.S Constitution- Unreasonable searches and seizures
(d) Eighth amendment of the U.S Constitution- Cruel and unusual punishments inflicted.
(e) Fourteen Amendment of the U.S Constitution- Equal protection of the laws.

## VII. STATE LAW VIOLATION OF FEDERAL LAW

13. The information and allege violation(s) of state law Contain in compliant prima Facie Violates Plaintiff Fourth Amendment rights Contrary to Arizona v. Gant and Arizona v Johnson 2009 . As Those State Laws is being use to discriminated against African- Americans in criminal prosecutions?

14. Plaintiff hereby contends that the Law of interstate Commerce and the Motor Vehicle Code is being improperly applied and violates Plaintiff Due Process Rights in this prosecution.

## CONCLUSION

Finally , Plaintiff was deprived of racial equality/ civil rights and equal protection of rights guaranteed by federal, and State law which was denied because of race/status and cannot enforce the specified federal rights in the courts of this State. This Court has original jurisdiction over Plaintiff claims pursuant to 28 U.S.C. § 1443(1). Plain tiff is therefore entitled to remove this case to this Court pursuant to 28 U.S.C. § 1443 and § 1455(a) **WHEREFORE**, Plaintiff requests that the complaint now pending before the 48th District Court For The City of Sylvan Lake, Michigan [SYLVAN LAKE TOWNSHIP v ALEXANDER] ; Case NO. **15SL00643A, 15SL00643B,** to be removed to this Court.

**PROOF OF SERVICES**
THE UNDERSIGNED CERTIFIES THAT THE FOREGOING INSTRUMENT WAS SERVED UPON ALL PARTIES TO THE ABOVE CAUSE TO EACH OF THE ATTORNEYS OF RECORD HEREIN AT THEIR RESPECTIVE ADDRESSES DISCLOSED IN THE PLEADINGS ON __January 12, 2016__ BY:
__x__ U.S. MAIL      _____FAX      __x__ HAND DELIVERY
_____FEDERAL EXPRESS _____E-FILE AND /or EMAIL

SIGNATURE: __/s Michael Idris Alexander__

Respectfully Submitted,

**/s/ Michael Idris Alexander**
19191 Eldridge Ln.
Southfield, Michigan 48076
Phone: 248-525-0571
Fax: 248-659-1634

# DATED: JANUARY 13, 2016

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXIBIT A

Approved SCAO      as needed

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| 48TH JUDICIAL DISTRICT JUDICIAL CIRCUIT COUNTY PROBATE | MOTION AND/OR ORDER TO SHOW CAUSE | 15SL00643B SN |

Court address     4280 TELEGRAPH RD BLOOMFIELD HILLS MI 48302     Court telephone no. (248) 647-1141

| Plaintiff's/Petitioner's | | Defendant's/Respondent's/Probationer |
|---|---|---|
| STATE OF MICHIGAN | V | ALEXANDER/MICHAEL/IDRIS |

☐ Probate ☐ Juvenile In the matter of _____

## MOTION AND AFFIDAVIT

1. I am interested in this matter as _____

2. ALEXANDER/MICHAEL/IDRIS   ☒ has failed to comply with an order dated 09/17/2015.
Name (type or print)    ☐ is in contempt for _____
State with particularity admissible facts establishing this motion.
PAY FINES AND COSTS IN FULL. FAILURE TO APPEAR AT THIS HEARING OR TO PAY BALANCE MAY RESULT IN A BENCH WARRANT BEING ISSUED FOR YOUR ARREST WITH AN ADDITIONAL CONTEMPT FINE. IF PAYMENT IS MADE BEFORE YOUR COURT DATE YOU DO NOT NEED TO APPEAR. BALANCE DUE $228.00

3. I request an order directing ALEXANDER/MICHAEL/IDRIS to show cause why
Name (type or print)
☒ a. he/she should not be found in ☐ civil ☒ criminal contempt of court.
☐ b. judgment should not be entered against him/her (as surety/agent) for the full amount of recognizance.
☐ c. judgment should not be entered against him/her for failure to file a garnishee disclosure.

4. This affidavit is made on my personal knowledge and, if sworn as a witness, I can testify competently to the facts in this motion and affidavit.

_____ Signature

Subscribed and sworn to before me on _____, _____ County, Michigan.
Date

My commission expires: _____ Signature: _____
Date

Notary public, State of Michigan, County of _____

## ORDER

TO: ALEXANDER/MICHAEL/IDRIS
19191 ELDRIDGE LN
SOUTHFIELD MI 48076

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

CHARGE: CC PSTL W/BA

**IT IS ORDERED:**

5. You must appear before this court on 01/25/2016 at 2:00 PM at ☒ the court address above
Date   Time
☐ courtroom no. _____
to show cause why
☒ you should not be held in ☐ civil ☒ criminal contempt
☐ for failure to comply with the order of this court as follows:
☐ for the reasons stated in the motion.
☐ a judgment should not be entered against you.
☐ your case should not be dismissed.
☒ other: PAYMENT HAS NOT BEEN MADE.

ONLY PAYMENT BY CASH, CERTIFIED CHECK, OR CREDIT CARD WILL BE ACCEPTED

6. Failure to appear for a contempt hearing may result in a bench warrant being issued for your arrest.
7. A copy of this must be served ☐ personally ☒ by mail on the person ordered to appear at least 10 days before the hearing.

Judge MARC B. BARRON    P-47112 Bar no.

MC 230 (6/13) **MOTION AND/OR ORDER TO SHOW CAUSE** MCR 2.107(B), MCR 2.108(D), MCR 3.606(A), MCR 5.108

Approved, SCAO

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| 48TH   JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | MOTION AND/OR ORDER TO<br>SHOW CAUSE | 15SL00643A   SN |

Court address
4280 TELEGRAPH RD
BLOOMFIELD HILLS   MI   48302

Court telephone no.
(248) 647-1141

| Plaintiff(s)/Petitioner(s) | | Defendant(s)/Respondent(s)/Probationer |
|---|---|---|
| STATE OF MICHIGAN | V | ALEXANDER/MICHAEL/IDRIS |

☐ Probate   ☐ Juvenile   In the matter of _____

## MOTION AND AFFIDAVIT

1. I am interested in this matter as _____

2. ALEXANDER/MICHAEL/IDRIS
   Name (type or print)
   ☒ has failed to comply with an order dated 09/17/2015
   ☐ is in contempt for _____

   State with particularity admissible facts establishing this motion.
   PAY FINES AND COSTS IN FULL. FAILURE TO APPEAR AT THIS HEARING OR TO
   PAY BALANCE MAY RESULT IN A BENCH WARRANT BEING ISSUED FOR YOUR ARREST
   WITH AN ADDITIONAL CONTEMPT FINE. IF PAYMENT IS MADE BEFORE YOUR COURT
   DATE YOU DO NOT NEED TO APPEAR. BALANCE DUE $228.00

3. I request an order directing ALEXANDER/MICHAEL/IDRIS to show cause why
   Name (type or print)
   ☒ a. he/she should not be found in ☐ civil   ☒ criminal   contempt of court.
   ☐ b. judgment should not be entered against him/her (as surety/agent) for the full amount of recognizance.
   ☐ c. judgment should not be entered against him/her for failure to file a garnishee disclosure.

4. This affidavit is made on my personal knowledge and, if sworn as a witness, I can testify competently to the facts in this motion and affidavit.

Signature _Heather Miller_

Subscribed and sworn to before me on _____, _____ County, Michigan.
                                      Date

My commission expires: _____        Signature: _____
                        Date

Notary public, State of Michigan, County of _____

## ORDER

TO:   ALEXANDER/MICHAEL/IDRIS
      19191 ELDRIDGE LN
      SOUTHFIELD       MI    48076

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

CHARGE:   CONCEALED PI

IT IS ORDERED:

5. You must appear before this court on 01/25/2016 at 2:00 PM at ☒ the court address above
   Date       Time
   ☐ courtroom no. _____
   ☐ _____
   to show cause why
   ☒ you should not be held in ☐ civil ☒ criminal   contempt
      ☐ for failure to comply with the order of this court as follows:
      ☐ for the reasons stated in the motion.
   ☐ a judgment should not be entered against you.
   ☐ your case should not be dismissed.
   ☒ other:   PAYMENT HAS NOT BEEN MADE.

   ONLY PAYMENT BY CASH
   CERTIFIED CHECK, OR CREDIT
   CARD WILL BE ACCEPTED

6. Failure to appear for a contempt hearing may result in a bench warrant being issued for your arrest.

7. A copy of this must be served   ☐ personally   ☒ by mail   on the person ordered to appear at least _____ 10 _____ days before the hearing.

Date _____        Judge MARC B. BARRON        Bar no. P-47112

MC 230 (5/13) **MOTION AND/OR ORDER TO SHOW CAUSE** MCR 2.107, MCR 2.109, MCR 3.606, MCR 5.108

**State of Michigan**
**Uniform Law Citation**

Ticket No **15SL00643**

Victim Involved

US DOT #

Incident No __150001377__

Dept No __41__

The People of □ the State of Michigan
Township ☒ City __ Village __ County __

Local Use/Arrest No

Detection Device

OF __SYLVAN LAKE__

BAC | 1 of 1

| THE UNDERSIGNED SAYS THAT ON | Month 06 | Day 29 | Year 15 | At approximately 09.10 | A M ☒ P.M. | Date of Birth | Month 04 | Day 18 | Year 92 |

State MI ☒ Oper/Chauff □ CDL

Driver License Number __A425603329300__

SSN (last 4 digits)

| Race B | Sex M | Height 6'01" | Weight 185 | Hair | Eyes BRO | Occupation/Employer |

Name (First Middle Last) __MICHAEL IDRIS ALEXANDER__

Street __4200 SEDGEMOOR LN__

City __BLOOMFIELD HILLS__

State __MI__

Zip Code __48302-1647__

| Vehicle Plate No | Year 2015 | State MI | Vehicle Description (Year, Make, Color) PONTIAC GRAND PRIX GRAY | Veh Type P | A |

THE PERSON NAMED ABOVE in violation of □ Local Ordinance ☒ State Law □ Administrative Rule

UPON __ORCHARD LAKE__

AT OR NEAR __SHERWOOD__

WITHIN ☒ CITY □ VILLAGE □ TOWNSHIP OF __SYLVAN LAKE__

COUNTY OF __OAKLAND__ _____ DID THE FOLLOWING

| Type | MCL Cite/PACC Code/ Ordinance | Description (include any bond amount collected on each charge) | Charge No. |
|---|---|---|---|
| ☒ Cvil □ Warn □ Authorization pend □ Misd □ Fug __ Fel __ Waiv __ 09998 | | MISCELLANEOUS CIVIL INFRACTION 28.425F FAIL TO DISCLOSE CPL | 1 |
| ☒ Cvil □ Warn □ Authorization pend □ Misd □ Fug __ Fel __ Waiv __ 09998 | | MISCELLANEOUS CIVIL INFRACTION 28.425K (2) (C) CPL WHILE INTOXICATED .02- 07 | 2 |
| □ Cvil □ Warn □ Authorization pend □ Misd □ Fug __ Fel __ Waiv __ | | | 3 |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s):
1. _____ 2. _____ 3. _____

Key for Type: Cvil = Civil Infraction Misd = Misdemeanor Fel = Felony Warn = Warning Fug = Fugitive Waiv = Violation for Which Fines/Costs May be Waived Authorization pend = Authorization pending

Remarks

CHECK IF APPROPRIATE □ Damage to Property □ Vehicle Impounded □ Injury □ Traffic Crash □ Death
□ Local Court Bond $ _____ □ License Posted in Lieu of Bond □ Appearance Certificate

Person in Active Military Service □ Yes ☒ No ☒ None

SEE DATE BELOW SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS

Appearance Date on or before **WITHIN 14 DAYS**

Hearing Date (if applicable) on _____ Contact Court
□ Juvenile Traffic Misd (Court will Notify) □ Formal Hearing Required (Court will Notify)

In the 48TH DISTRICT COURT BLOOMFIELD HILLS Court of **BLOOMFIELD HILLS**

Court Address & Phone Number **48TH DISTRICT COURT**
**4280 TELEGRAPH RD**
**(248) 647-1141 BLOOMFIELD HILLS, MI 48302**

☒ I served a copy of the civil infraction complaint upon the defendant (or owner/occupant by posting if applicable)
I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

Complainant's Signature and receipt if applicable __SGT. MONDEAU__

| Month 06 | Day 29 | Year 15 |

Officers Name (printed) __SGT MONDEAU__

Officer's ID No __3__

Agency ORI MI- __6377300__

Agency Name __SYLVAN LAKE POLICE DEPARTMENT__

UC-07a (rev 6/05) **Online payment Web site: https://Payments.CLEMIS.Org/CLMCitationPay**

Ticket 15SL00643

Name ALEXANDER MICHAEL

Case No.

## CIVIL INFRACTION - READ CAREFULLY

**WARNING:** If you fail to appear by the date specified on the front of this citation or at the date and time scheduled for hearing, a default judgment will be entered against you. A person who fails to answer a citation is guilty of a misdemeanor. Timely application to the court for a hearing or return of the citation with an admission of responsibility and with full payment of applicable civil fines and costs constitute a timely appearance.

If this is a traffic violation and you fail to answer this citation or a notice to appear, the Secretary of State will suspend your driver license.

If this is a state civil infraction and you fail to answer this citation or a notice to appear, the Secretary of State will not issue or renew your driver license.

If this is a municipal civil infraction and you fail to answer this citation or a notice to appear in court or to comply with a judgment, the municipal agency that alleged the violation and the prosecutor may try to collect the judgment through civil post judgment collection procedures.

You are alleged to be responsible for a civil infraction. For each charge listed on the front of this ticket you must either: 1) admit responsibility, or 2) admit responsibility with explanation or 3) deny responsibility. Check the appropriate box for each charge and sign your name.

**ADMIT RESPONSIBILITY** by mail, in person, or by representation.

    **BY MAIL.** Contact the court indicated on the front of this citation and obtain the amount of your fine and costs. Sign below. Mail this copy with your certified check or money order to the court clerk on or before the date specified on the front of this citation.

    **IN PERSON OR BY REPRESENTATION.** Sign below. You or your representative must bring this copy to the court clerk at the address indicated on the front of this citation on or before the date specified on the front of this citation.

    I enter my appearance, waive my right to a hearing, and I admit responsibility for the civil infraction alleged on the front of this citation.

| ☐ Charge 1 Signature | | | Date | |
| --- | --- | --- | --- | --- |
| ☐ Charge 2 Signature | | | Date | |
| ☐ Charge 3 Signature | | | Date | |

**ADMIT RESPONSIBILITY WITH EXPLANATION.** You may admit responsibility with explanation of the circumstances of the violation which the court may consider in determining the amount of your fine and costs. You may admit responsibility with explanation by mail, in person or by representation.

    **IN PERSON OR BY REPRESENTATION.** Contact the court on or before the date specified on the front of this citation in person, by mail, by telephone, or by representation to obtain a time to appear in court to give your explanation.

    **BY MAIL.** Sign below. Mail this copy and your explanation on a separate sheet of paper to the court clerk at the address indicated on or before the date specified on the front of this citation. The court will mail you its determination and, if applicable, order any fine and costs to be paid by you.

    I enter my appearance by mail, waive my right to a hearing, and admit responsibility with explanation for the civil infraction alleged on the front of this citation.

| ☐ Charge 1 Signature | | | Date | |
| --- | --- | --- | --- | --- |
| ☐ Charge 2 Signature | | | Date | |
| ☐ Charge 3 Signature | | | Date | |

**DENY RESPONSIBILITY.** To deny responsibility you must either:

1. Appear in person in court for an informal hearing before a magistrate, referee, or judge, neither side may have an attorney. OR
2. Appear in court for a formal hearing before a judge. An attorney will be with the officer. You may be represented by an attorney.

If a hearing date is specified on the front of this citation, you must appear on that date for an informal hearing, unless you contact the court at least 10 days before that date by mail, telephone representation, or in person to request a formal hearing.

If an appearance date is specified on the front of this citation, you must contact the court on or before that date by mail, telephone, representation, or in person to obtain a hearing date. The court will schedule an informal hearing unless you request a formal hearing. A municipal agency may also request a formal hearing.

| | ☐ Charge 1 | ☐ Charge 2 | ☐ Charge 3 |
| --- | --- | --- | --- |

**VIOLATION FOR WHICH COURT MAY WAIVE FINE/COSTS:**
Correct the violation. Present the citation to any law enforcement officer to certify the correction. Mail or bring the citation to the court clerk at the address shown before your appearance or hearing date.

**OFFICER CERTIFICATION.** I certify that the violation described on the front of the citation has been corrected.

**15SL00643**

**ALEXANDER**

| ☐ Charge 1 Signature | | |
| --- | --- | --- |
| ☐ Charge 2 Signature | | |
| ☐ Charge 3 Signature | | |

| Officer's Signature | | Officer's ID No | | Date |
| --- | --- | --- | --- | --- |

| Agency Name | | Agency ORI | |
| --- | --- | --- | --- |

Notify the court and the Secretary of State immediately if you change your address.

    **PLEASE NOTE:** If you do not understand these instructions, or if you have questions about what you must do, contact the court in person or by telephone on or before the appearance date or hearing date specified on the front of this citation.

CIVIL INFRACTION COPY

| STATE OF MICHIGAN<br>48TH JUDICIAL DISTRICT<br>ORI630105J<br>PIN: 150001377 | **REGISTER OF ACTIONS** | CASE NO:   **15SL00643A** D01 SN<br><br>STATUS: DISP |
|---|---|---|

JUDGE OF RECORD: BARRON,MARC B.,      P-47112
JUDGE: BARRON,MARC B.,      P-47112

TATE OF MICHIGAN v

**ALEXANDER/MICHAEL/IDRIS**
19191 ELDRIDGE LN
SOUTHFIELD      MI 48076

CTN:
TCN:
SID:
ENTRY DATE: 07/30/15
**OFFENSE DATE**: 06/29/15   910 PM

VEHICLE TYPE: PA      VPN: MI ...      15

OB: 04/18/1992   SEX: M   RACE: B   DLN: MI A425603329300   CDL: N
EH YR:      VEH MAKE:      VIN:      PAPER PLATE:
FFICER: MONDEAU/MICHAEL      DEPT: SYLVAN LAKE

ROSECUTOR:
ICTIM/DESC: MK=GRAND PRIX

OUNT  1 C/M/F: C 28425F5B      PACC#28.425F5B
ONCEALED PISTOL;FAIL TO DISCLOSE TO OFFICER 2ND OR SUB OFFEN
RRAIGNMENT DATE:      PLEA:      PLEA DATE:
INDINGS: DEFAULT JGMT   DISPOSITION DATE: 09/17/15
ENTENCING DATE:  09/17/15

| FINE | COST | ST.COST | CON | MISC. | REST | TOT FINE | TOT DUE |
|---|---|---|---|---|---|---|---|
| 90.00 | 83.00 | 10.00 | 0.00 | 45.00 | 0.00 | 228.00 | 228.00 |

JAIL SENTENCE:      PROBATION:
VEH IMMOB START DATE:      NUMBER OF DAYS:      VEH FORFEITURE:

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|

06/29/15
  1 ORIGINAL CHARGE      CONCEALED PI      HRG
    SCHEDULED FOR APPEARANCE DATE
            081215  830A  ARRAIGNING,MAGISTRA  #   2  HRG
07/30/15
    FILING DATE      073015      HRG
    NOTICE TO APPEAR FOR DEFENDANT REQUESTED
            CONCEALED PI      HRG
    NTA FOR DEFENDANT REQUEST DELETED      LP
  1 MISCELLANEOUS ACTION      CONCEALED PI      LP
    THIS IS A REWRITE OF CITATION 15SL00562A.      LP
    DEF REQUESTS A FORMAL HEARING.      LP
    JUDGE OF RECORD/MAGISTRATE CHANGED      LP
      FROM: 00000 NO SPECIFIC JUDGE      LP
        TO: 47112 BARRON,MARC B.,      LP
  1 MISCELLANEOUS ACTION      CONCEALED PI      LP
    REMOVED FROM DOCKET   081215  830A  ARRAIGNING,MAGISTRA  #  2  LP
  1 MISCELLANEOUS ACTION      CONCEALED PI      LP
    CALENDAR NOT AVAILABLE   123016      LP
07/31/15
    PREV. 4200 SEDGEMOOR LN      ME
    ADDR: BLOOMFIELD HILLS MI 48302      ME
  1 MISCELLANEOUS ACTION      CONCEALED PI      LP
    ADDRESS CHANGE GIVEN TO TRAFFIC CLERK AT      LP
    TIME OF REQUEST FOR FORMAL HEARING      LP

AME: ALEXANDER/MICHAEL/IDRIS               CASE NO: 15SL00643A    PAGE   2

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | | | INITIALS |
|------|--------------------------------|---|---|----------|
| | MISCELLANEOUS ACTION     ALL COUNTS | | | SAB |
| | REMOVED FROM DOCKET      123016 | | | SAB |
| | SCHEDULED FOR FORMAL HEARING | | | |
| | 082715  900A  BARRON,MARC B., | | P-47112 | SAB |
| | NOTICE TO APPEAR FOR DEFENDANT REQUESTED | | | |
| | ALL COUNTS | | | SAB |
| 8/03/15 | | | | |
| | NOTICE TO APPEAR GENERATED | | | SAB |
| 8/17/15 | | | | |
| 1 | MISCELLANEOUS ACTION     CONCEALED PI | | | DLL |
| | SGT.ZUEHLK SENT E-MAIL STATING THE OFFICER | | | DLL |
| | MONDEAU IS ON VACATION FROM 08/22-09-05. | | | DLL |
| | WILL RESET FORMAL HEARING. | | | DLL |
| 8/18/15 | | | | |
| 1 | MISCELLANEOUS ACTION     CONCEALED PI | | | DLL |
| | JDG  BARRON,MARC B., | | P-47112 | DLL |
| | REMOVED FROM DOCKET      082715  900A  BARRON,MARC B., | | P-47112 | DLL |
| | SCHEDULED FOR FORMAL HEARING | | | |
| | 091715  130P  BARRON,MARC B., | | P-47112 | DLL |
| | NOTICE TO APPEAR FOR DEFENDANT REQUESTED | | | |
| | CONCEALED PI | | | DLL |
| 1 | NOTICE TO APPEAR GENERATED | | | |
| | CONCEALED PI | | | DLL |
| | NOTICE TO APPEAR GENERATED | | | |
| | CONCEALED PI | | | DLL |
| 9/17/15 | | | | |
| 1 | MISCELLANEOUS ACTION     CONCEALED PI | | | LP |
| | JDG  BARRON,MARC B., | | P-47112 | LP |
| | DEFAULT JUDGMENT | | | LP |
| | SENTENCE | $ | 145.00 | LP |
| | STATE COSTS - NON-TRAFFIC CIVIL INFRACTION | $ | 10.00 | LP |
| | PENALTY ADDED-ORDINANCE | $ | 45.00 | LP |
| | ORDINANCE FINE | $ | 90.00 | LP |
| 9/18/15 | | | | |
| 1 | DEFAULT JUDGMENT GENERATED | | | |
| | CONCEALED PI | | | LP |
| | MISCELLANEOUS ACTION     CONCEALED PI | | | SAB |
| | DEFAULT JUDGMENT NOTICE MAILED THIS DATE | | | SAB |
| 10/15/15 | | | | |
| 1 | 14 DAY NOTICE GENERATED   CONCEALED PI | | | |
| 11/02/15 | | | | |
| 1 | DRIVERS LICENSE REINSTATEMENT FEE (SOS) | | | |
| | CONCEALED PI | $ | 25.00 | |
| | SOS FEE/JUROR COMPENSATION | | | |
| | CONCEALED PI | $ | 20.00 | |
| | FAC/FCJ/FCPV NOTICE GENERATED | | | |
| | CONCEALED PI | | | |
| 11/13/15 | | | | |
| 1 | 20% LATE FEE ASSESSED     CONCEALED PI | $ | 38.00 | |
| 12/08/15 | | | | |
| 1 | MISCELLANEOUS ACTION     CONCEALED PI | | | SAB |
| | FAIL TO PAY SHOW CAUSE HEARING (NON-PROBATION) | | | |
| | 012516  200P  D'AGOSTINI,DIANE, | | P-44512 | SAB |

NAME: ALEXANDER/MICHAEL/IDRIS       CASE NO: 15SL00643A    PAGE    3

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|------|-------------------------------|----------|
| 1 | ORDER TO SHOW CAUSE GENERATED-UPDATED SHOWCAUSE FLAG | SAB |
|   |                        CONCEALED PI | SAB |
|   | YOU ARE ORDERED TO SHOW CAUSE WHY YOU | SAB |
|   | SHOULD NOT BE HELD IN CRIMINAL CONTEMPT OF | SAB |
|   | COURT | SAB |
|   | PAYMENT HAS NOT BEEN MADE. | SAB |
|   | DEFENDANT HAS FAILED TO: | SAB |
|   | PAY FINES AND COSTS IN FULL. FAILURE TO | SAB |
|   | APPEAR AT THIS HEARING OR TO | SAB |
|   | PAY BALANCE MAY RESULT IN A BENCH WARRANT | SAB |
|   | BEING ISSUED FOR YOUR ARREST | SAB |
|   | WITH AN ADDITIONAL CONTEMPT FINE. IF | SAB |
|   | PAYMENT IS MADE BEFORE YOUR COURT | SAB |
|   | DATE YOU DO NOT NEED TO APPEAR. BALANCE DUE | SAB |
|   | $228.00 | SAB |
| 01/12/16 | | |
|   | MISCELLANEOUS ACTION        ALL COUNTS | SAB |
|   | NOTICE OF REMOVAL RECIEVED, FORWARD TO | SAB |
|   | JUDGE FOR REVIEW. | SAB |

***** END OF REGISTER OF ACTIONS ***** 01/12/16 14:12

| STATE OF MICHIGAN<br>48TH JUDICIAL DISTRICT<br>ORI630105J<br>PIN: 150001377 | **REGISTER OF ACTIONS** | CASE NO:   **15SL00643B** D01 SN<br><br>STATUS: DISP |
|---|---|---|

JUDGE OF RECORD: BARRON,MARC B.,        P-47112
JUDGE: BARRON,MARC B.,                  P-47112

STATE OF MICHIGAN v                     CCW#: 732827E
                                        CTN:
   **ALEXANDER/MICHAEL/IDRIS**          TCN:
   19191 ELDRIDGE LN                    SID:
   SOUTHFIELD        MI 48076           ENTRY DATE: 07/30/15
                                        **OFFENSE DATE:** 06/29/15   910 PM
                        VEHICLE TYPE: PA   VPN: MI ...      15
DOB: 04/18/1992  SEX: M  RACE: B  DLN: MI A425603329300   CDL: N
VEH YR:        VEH MAKE:      VIN:                  PAPER PLATE:
OFFICER: MONDEAU/MICHAEL              | DEPT: SYLVAN LAKE

PROSECUTOR:
VICTIM/DESC: MK=GRAND PRIX

COUNT  1 C/M/F: C 28425K(2)(C)              PACC#28.425K(2)(C)
CARRY CONCEALED PISTOL WITH BAC .02-.07 GRAMS
ARRAIGNMENT DATE:          PLEA:                  PLEA DATE:
FINDINGS:  DEFAULT JGMT  DISPOSITION DATE: 09/17/15
SENTENCING DATE:  09/17/15
      FINE    COST ST.COST    CON   MISC.    REST  TOT FINE   TOT DUE
      90.00   83.00  10.00   0.00   45.00   0.00   228.00    228.00
      JAIL SENTENCE:              PROBATION:
   VEH IMMOB START DATE:        NUMBER OF DAYS:      VEH FORFEITURE:

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|

06/29/15
   1  ORIGINAL CHARGE          CC PSTL W/BA                      HRG
      SCHEDULED FOR APPEARANCE DATE
                      081215  830A  ARRAIGNING,MAGISTRA  #    2  HRG
07/30/15
      FILING DATE              073015                            HRG
      NOTICE TO APPEAR FOR DEFENDANT REQUESTED
                      CC PSTL W/BA                               HRG
   1  MISCELLANEOUS ACTION     CC PSTL W/BA                      LP
      THIS IS A REWRITE OF CITATION 15SL00562B.                  LP
      DEF REQUESTS A FORMAL HEARING                              LP
      MISCELLANEOUS ACTION     CC PSTL W/BA                      LP
      CALENDAR NOT AVAILABLE   123016                            LP
      NTA FOR DEFENDANT REQUEST DELETED                          LP
      JUDGE OF RECORD/MAGISTRATE CHANGED                         LP
        FROM: 00000 NO SPECIFIC JUDGE                            LP
          TO: 47112 BARRON,MARC B.,                              LP
   1  MISCELLANEOUS ACTION     CC PSTL W/BA                      LP
      REMOVED FROM DOCKET      081215  830A  ARRAIGNING,MAGISTRA  #    2  LP
07/31/15
      PREV. 4200 SEDGEMOOR LN                                    ME
      ADDR: BLOOMFIELD HILLS MI 48302                            ME
   1  MISCELLANEOUS ACTION     CC PSTL W/BA                      LP
      ADDRESS CHANGE GIVEN TO TRAFFIC CLERK AT                   LP
      TIME OF REQUEST FOR FORMAL HEARING                         LP

NAME: ALEXANDER/MICHAEL/IDRIS                    CASE NO: 15SL00643B      PAGE    2

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | | | INITIALS |
|------|-------------------------------|---|---|----------|
| | MISCELLANEOUS ACTION      ALL COUNTS | | | SAB |
| | REMOVED FROM DOCKET       123016 | | | SAB |
| | SCHEDULED FOR FORMAL HEARING | | | |
| | 082715   900A   BARRON,MARC B., | | P-47112 | SAB |
| | NOTICE TO APPEAR FOR DEFENDANT REQUESTED | | | |
| | ALL COUNTS | | | SAB |
| 08/03/15 | | | | |
| | NOTICE TO APPEAR GENERATED | | | SAB |
| 08/18/15 | | | | |
| 1 | MISCELLANEOUS ACTION      CC PSTL W/BA | | | DLL |
| | JDG   BARRON,MARC B., | | P-47112 | DLL |
| | REMOVED FROM DOCKET       082715   900A   BARRON,MARC B., | | P-47112 | DLL |
| | SCHEDULED FOR FORMAL HEARING | | | |
| | 091715   130P   BARRON,MARC B., | | P-47112 | DLL |
| | NOTICE TO APPEAR FOR DEFENDANT REQUESTED | | | |
| | CC PSTL W/BA | | | DLL |
| 1 | NOTICE TO APPEAR GENERATED | | | |
| | CC PSTL W/BA | | | DLL |
| 09/17/15 | | | | |
| 1 | MISCELLANEOUS ACTION      CC PSTL W/BA | | | LP |
| | JDG   BARRON,MARC B., | | P-47112 | LP |
| | DEFAULT JUDGMENT | | | LP |
| | SENTENCE | $ | 145.00 | LP |
| 09/18/15 | | | | |
| 1 | MISCELLANEOUS ACTION      CC PSTL W/BA | | | LP |
| | JDG   BARRON,MARC B., | | P-47112 | LP |
| | SENTENCE | $ | 100.00 | LP |
| | STATE COSTS - NON-TRAFFIC CIVIL INFRACTION | $ | 10.00 | LP |
| | ORDINANCE FINE | $ | 90.00 | LP |
| | LICENSE REVOKED                365D | | | LP |
| | SENTENCE | $ | 145.00 | LP |
| | PENALTY ADDED-ORDINANCE | $ | 45.00 | LP |
| | DEFAULT JUDGMENT GENERATED | | | |
| | CC PSTL W/BA | | | LP |
| | MISCELLANEOUS ACTION      CC PSTL W/BA | | | SAB |
| | DEFAULT JUDGMENT NOTICE MAILED THIS DATE | | | SAB |
| 10/15/15 | | | | |
| 1 | 14 DAY NOTICE GENERATED   CC PSTL W/BA | | | |
| 11/02/15 | | | | |
| 1 | DRIVERS LICENSE REINSTATEMENT FEE (SOS) | | | |
| | CC PSTL W/BA | $ | 25.00 | |
| | SOS FEE/JUROR COMPENSATION | | | |
| | CC PSTL W/BA | $ | 20.00 | |
| | FAC/FCJ/FCPV NOTICE GENERATED | | | |
| | CC PSTL W/BA | | | |
| 11/13/15 | | | | |
| 1 | 20% LATE FEE ASSESSED     CC PSTL W/BA | $ | 38.00 | |
| 12/08/15 | | | | |
| 1 | MISCELLANEOUS ACTION      CC PSTL W/BA | | | SAB |
| | FAIL TO PAY SHOW CAUSE HEARING (NON-PROBATION) | | | |
| | 012516   200P   D'AGOSTINI,DIANE, | | P-44512 | SAB |
| 1 | ORDER TO SHOW CAUSE GENERATED-UPDATED SHOWCAUSE FLAG | | | |
| | CC PSTL W/BA | | | SAB |

AME: ALEXANDER/MICHAEL/IDRIS               CASE NO: 15SL00643B    PAGE    3

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|------|-------------------------------|----------|
| | YOU ARE ORDERED TO SHOW CAUSE WHY YOU | SAB |
| | SHOULD NOT BE HELD IN CRIMINAL CONTEMPT OF | SAB |
| | COURT | SAB |
| | PAYMENT HAS NOT BEEN MADE. | SAB |
| | DEFENDANT HAS FAILED TO: | SAB |
| | PAY FINES AND COSTS IN FULL. FAILURE TO | SAB |
| | APPEAR AT THIS HEARING OR TO | SAB |
| | PAY BALANCE MAY RESULT IN A BENCH WARRANT | SAB |
| | BEING ISSUED FOR YOUR ARREST | SAB |
| | WITH AN ADDITIONAL CONTEMPT FINE. IF | SAB |
| | PAYMENT IS MADE BEFORE YOUR COURT | SAB |
| | DATE YOU DO NOT NEED TO APPEAR. BALANCE DUE | SAB |
| | $228.00 | SAB |
| 01/12/16 | | |
| | MISCELLANEOUS ACTION       ALL COUNTS | SAB |
| | NOTICE OF REMOVAL RECIEVED, FORWARD TO | SAB |
| | JUDGE FOR REVIEW. | SAB |

***** END OF REGISTER OF ACTIONS ***** 01/12/16 14:12

# STATE OF MICHIGAN
## IN THE 48TH DISTRICT COURT FOR THE CITY OF SYLVAN LAKE

CITY OF SYLVAN LAKE

              Plaintiff(s),

v.

MICHAEL IDRIS ALEXANDER,

       Respondent.

**State District Court Cases:
15SL00643B**

**NOTICE OF REMOVAL OF
ACTION UNDER 28 U.S.C. §
1443(1), § 1455(a)
(FEDERAL QUESTION)**

**Date Action filed: Jan.12, 2016**

## NOTICE OF REMOVAL

**NOW COMES** Respondent, Michael Idris Alexander In Propria Persona

acting Sui Juris and moves to notify State court of federal removal application.

Please take notice that on Jan. 12, 2016, State Respondent filed a Notice of

Removal in the United States District Court of Michigan. The state court and City

of Sylvan Lake Village shall proceed no further and judgment of conviction shall

not be entered unless the Case is first remanded to state court jurisdiction.

**PROOF OF SERVICES**
THE UNDERSIGNED CERTIFIES THAT THE FOREGOING
INSTRUMENT WAS SERVED UPON ALL PARTIES TO THE
ABOVE CAUSE TO EACH OF THE ATTORNEYS OF RECORD
HEREIN AT THEIR RESPECTIVE ADDRESSES DISCLOSED IN
THE PLEADINGS ON ___January 12, 2016___ BY:
___x_ U.S. MAIL _____FAX ___x___HAND
DELIVERY
_____FEDERAL EXPRESS ____E-FILE AND /or EMAIL

SIGNATURE: _/s Dawan Pierce Thurmond_

Respectfully Submitted,

**/s/ Michael Idris Alexander**
19191 Eldridge Ln.
Southfield, Michigan 48076
Phone: 248-525-0571
Fax: 248-659-1634

**DATED: JANUARY 12, 2016**



RECEIVED
JAN 1 2 2016
48TH DISTRICT

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

County in which action arose _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
MICHAEL IDRIS ALEXANDER

**DEFENDANTS**
FORTY EIGHTH DISTRICT COURT

**(b)** County of Residence of First Listed Plaintiff  OAKLAND COUNTY
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  OAKLAND COUNTY
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

19191 ELDRIDGE LAND
SOUTHFIELD, MICHIGAN 48076

Case: 2:16-cv-10111
Judge: Hood, Denise Page
MJ: Grand, David R.
Filed: 01-13-2016 At 03:03 PM
REM ALEXANDER V. FORTY EIGHTH DISTR
ICT COURT (DA)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
TITLE 28 1443 AND 1455A

Brief description of cause:
NOTICE OF REMOVAL

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
January 13, 2016

SIGNATURE OF ATTORNEY OF RECORD
*(signature)*

### FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.    Is this a case that has been previously dismissed?

☐ Yes
☒ No

   If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.    Other than stated above, are there any pending or previously
      discontinued or dismissed companion cases in this or any other
      court, including state court? (Companion cases are matters in which
      it appears substantially similar evidence will be offered or the same
      or related parties are present and the cases arise out of the same
      or related parties are present and the cases arise out of the same
      transaction or occurrence.)

☐ Yes
☒ No

   If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes : _____